# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI FARRAR, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATALINA RESTAURANT GROUP, INC. and FOOD MANAGEMENT PARTNERS, INC.<br><br>Defendants. | Case No. 16-cv-09066-DDP-JPRx<br><br>**JUDGMENT** |

The Court, having granted Defendants' Motion for Summary Judgment in full based on its determination that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS HEREBY ORDERED that Plaintiffs recover nothing, the action be dismissed on the merits with prejudice, and that Defendants recover their costs of suit from Plaintiffs pursuant to the procedures set forth in Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54. Defendants may file their cost bill and/or motion for attorney fees no later than fourteen (14) days after the entry of judgment.

**IT IS SO ORDERED.**

Dated: February 8, 2018

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2018.

By: */s/Spencer C. Skeen*
Spencer C. Skeen

32897215.1